IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VIRGIN SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-1323-DRH-DGW |
| ) | |
| PHOENIX SEATING SYSTEMS, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is Defendant Phoenix Seating Systems, LLC's Second Motion Requesting Service of Summons filed on January 6, 2015 (Doc. 60). For the reasons set forth below, the Motion is **GRANTED**.

Defendant asks that the Court complete service on the Third Party Defendants in this action, Velo Enterprise Company, Ltd. and Rattox Corporation, as they are both Taiwanese corporations. Defendant relies on Rule 4(h)(2) and Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, which provide that if there is no internationally agreed means, service may be effected by international mail so long as service is sent by the clerk of court, using a form of mail requiring a signed receipt. This Court previously denied, without prejudice, Defendant's First Motion Requesting Service of Summons, as Defendant failed to indicate whether there are any internationally agreed means to provide notice to Taiwanese corporations (Doc. 57). Defendant's Second Motion cures this deficiency, as Defendant provides that Taiwan is not a signatory to either The Hague Service Convention or The Inter-American Convention on Letters Rogatory, the two multilateral treaties on service of process to which the United States is a party. Accordingly,

Defendant's Second Motion Requesting Service of Summons (Doc. 60) is **GRANTED**. The Clerk of Court is **DIRECTED** to send, via international mail, return receipt requested, summons to Third Party Defendants Velo Enterprise Company, Ltd. and Rattox Corporation.

**IT IS SO ORDERED.**

**DATED: January 7, 2015**

**DONALD G. WILKERSON**
**United States Magistrate Judge**