UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**VIRGIL SMITH, individually
and as legal guardian of Adam Smith**,

    Plaintiff,

v.

**PHOENIX SEATING SYSTEMS, LLC.**,

    Defendants.                                              No. 13-cv-1323-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 10, 2015(Doc. 76), this case is **DISMISSED** with prejudice.

                                          **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

                                          BY:      /s/*Caitlin Fischer*
                                                       **Deputy Clerk**

Dated:   May 18, 2015

Digitally signed by David R. Herndon
Date: 2015.05.18 14:11:54 -05'00'

APPROVED:
      U.S. DISTRICT JUDGE
      U. S. DISTRICT COURT